IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEON THOMPSON, JR., Plaintiff, | ) | |
| VS. | ) | CIVIL ACTION NO. |
| NORRIS DWAYNE FAIN, DORIS HELEN BROUGHTON, SECURED TITLE OF TEXAS, KRISHA MURPHY, and JOHN DOES 1-100, Defendants. | ) | 3:25-CV-0707-G-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 4, 2026 (docket entry 28). No objections were filed. The court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the plaintiff's case will be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**.

October 6, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**